### BOSKOWITZ v. SULZBACHER et al.

(Supreme Court, Appellate Division, First Department.   November 15, 1907.)

Appeal from Special Term.

Action by Jesse L. Boskowitz, administrator of Ignatz Boskowitz, deceased, against Anton W. Sulzbacher and another.   From an order denying a motion, the codefendant, Joseph Sulzbacher, surviving partner of J. H. Sulzbacher & Co., appeals.   Reversed, and motion granted.

Argued before PATTERSON, P. J., and INGRAHAM, LAUGHLIN, CLARKE, and HOUGHTON, JJ.

Charles L. Craig, for appellant.

Harold Nathan (John R. Dos Passos, on the brief), for respondent.

PER CURIAM.   This is an appeal by the defendant Joseph H. Sulzbacher from an order denying his motion, separately made, to vacate the order for the examination of his codefendant, to enable plaintiff to frame a complaint against both of them.   The record is otherwise in all material respects the same as that presented on the appeal by the defendant Anton W. Sulzbacher, argued and decided herewith.   106 N. Y. Supp. 865.

Upon the authority of the opinion deciding the other appeal, the order should be reversed, with $10 costs and disbursements, and motion granted, with $10 costs.